**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 18-cr-201-CMA-GPG-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.  JESSICA MONARREZ,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING June 24, 2020 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #190). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Counts One and Two of the Information which charged violations of 21 U.S.C. §841(a)(1), (b)(1)(B)(viii), possession with intent to distribute 50 grams and more of methamphetamine, and 18 U.S.C § 924(c)(1)(A), possession of a firearm in furtherance of a drug trafficking offense. The Court also notes that Defendant consented to Magistrate Judge Gallagher advising her with regard to her Constitutional rights and her rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on June 24, 2020 at which time he appropriately advised the Defendant of her rights and made inquiry as to the Defendant's understanding of the charges, the terms

of the plea agreement, the voluntariness of her plea, and of the consequences of pleading guilty. Based on that hearing Magistrate Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty to Counts One and Two of the Information.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. The Plea Agreement (Doc. #191) and Statement in Advance of Plea (Doc. #192) are accepted and admitted.
2. The pleas as made in open court on June 24, 2020 are accepted and the Defendant is adjudged guilty of violations of 21 U.S.C. §841(a)(1), (b)(1)(B)(viii), possession with intent to distribute 50 grams and more of methamphetamine, and 18 U.S.C § 924(c)(1)(A), possession of a firearm in furtherance of a drug trafficking offense.

DATED: September 1, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge